IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM CRAIG MACDONALD,

    Plaintiff,

v.

MICHAEL O. BAKER, et al.,

    Defendants.

Civ. No.    6:14-cv-1633-TC

OPINION AND ORDER

**MCSHANE, Judge:**

On October 15, 2014, pro se plaintiff, William Macdonald, filed this actin alleging refusal to accommodate his request for a second floor, quieter apartment. On October 17, 2014, after granting in forma pauperis status, the court dismissed plaintiff's complaint for failure to adequately allege any claims. The court allowed plaintiff 30 days to file an amended complaint curing the deficiencies and warned plaintiff that a failure to do so would result in dismissal of this action. Plaintiff has not filed an amended complaint, but has filed a motion "for appeal to the Supreme Court of Oregon ... the Ninth Circuit [and] the Oregon Court of Appeals." Because plaintiff has failed to file an amended complaint as ordered, this action is dismissed for failure to prosecute and failure to follow a court order. The motion to appeal to various state and federal courts (#8) is denied as moot and plaintiff may file an appropriate notice of appeal regarding this final order.

1 – OPINION AND ORDER

## CONCLUSION

This action is dismissed.

IT IS SO ORDERED.

DATED this __24__ day of November 2014.

                                  **Michael J. McShane**
                            **United States District Judge**

2 – OPINION AND ORDER